## MRS. ED. BENNETT v. STATE.

No. A-9106.  Oct. 16, 1936.
Rehearing Denied Nov. 6, 1936.
(63 Pac. [2d] 771.)

Justin Hinshaw, for plaintiff in error.

Mac Q. Williamson, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted of the crime of the unlawful sale of intoxicating liquor, and her punishment fixed at a fine of $50 and 30 days' confinement in the county jail.

A copy of the record and case-made was filed in this court on the 7th day of April, 1936. No brief has been filed in support of the defendant's assignment of errors.

A careful examination of the record fails to disclose any fundamental or prejudicial errors. The evidence is sufficient to support the verdict. The case is therefore affirmed.